No. 73–6283. Gratton v. California Adult Authority et al. Sup. Ct. Cal. Certiorari denied.

No. 73–6289. Shearer v. Ohio. Ct. App. Ohio, Fairfield County. Certiorari denied.

No. 73–6291. Blair v. Ariyoshi, Lieutenant Governor of Hawaii, et al. Sup. Ct. Hawaii. Certiorari denied.

No. 73–6293. Easter v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6295. Thomas v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 73–6299. Fulghum v. North Carolina. Gen. Ct. Justice, Super Ct. Div., Wake County, N. C. Certiorari denied.

No. 73–6306. Kapewa v. California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–6311. Hohensee v. Grier. C. A. 3d Cir. Certiorari denied.

No. 73–6318. Lem v. United States. C. A. 6th Cir. Certiorari denied.

No. 73–6327. Wallace et vir v. Schulimson, Director, Division of Welfare of Missouri, et al. C. A. 8th Cir. Certiorari denied.

No. 73–6335. Taylor v. Alabama. Sup. Ct. Ala. Certiorari denied.

No. 73–6394. Falkner et ux. v. Goodhart, Judge. C. A. 5th Cir. Certiorari denied.